IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN GARDNER and | § | |
| EVELYN GARDNER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-5003 |
| | § | |
| CERTAIN UNDERWRITERS AT LLOYDS, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in detail on the record after the parties presented oral argument, and based on the pleadings, the motions and responses, the record, and the applicable law, this court: (1) granted the defendants' motion for summary judgment, (Docket Entry No. 50), *see Blum's Furniture Co. v. Certain Underwriters at Lloyds London*, 459 F. App'x 366 (5th Cir. 2012) (per curiam); (2) granted the plaintiffs' motion to lift abatement of this case to the extent of ruling on the pending motions, (Docket Entry No. 52); and (3) denied the plaintiffs' motion for continuance on the defendants' motion for summary judgment, (Docket Entry No. 55).

This action is dismissed with prejudice. Each party is to bear its own costs and fees.

This is a final judgment.

SIGNED on August 8, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge